Wayne H. Maire, State Bar No.: 88850
Cheryl A. Miskei, State Bar No. 200482
MAIRE & BEASLEY
2851 Park Marina Drive, Suite 300 (96001)
P. O. Drawer 994607
Redding, CA 96099-4607
Phone: 530-246-6050 / Fax: 530-246-6060

Attorneys for Defendant,
HOMER CISSELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X DOE, | Case No.: 2:07-CV-01521-LEW-DAD |
| Plaintiff, | **ORDER ON EX PARTE APPLICATION REQUEST TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |
| vs. | |
| LASSEN COMMUNITY COLLEGE DISTRICT, CHRIS ALBERICO, MARY ELIZABETH ALBERICO BERRY MURPHY and HOMER CISSELL, | |
| Defendants. | |

Defendant, HOMER CISSELL, specially appeared and filed an Ex Parte Application for an order extending time to respond to the complaint in the above entitled matter. After considering the Ex Parte Application, Memorandum of Points and Authorities, and declaration of Cheryl Miskei, the Court finds that good cause exists to grant defendant HOMER CISSELL an extension of time to respond to the complaint. Based thereon,

///

///

///

1  IT IS ORDERED, Defendant, HOMER CISSELL, shall be granted an extension to respond to
2  the complaint on file herein.  Defendant, HOMER CISSELL'S, response shall be filed and
3  served on or before October 26, 2007.
4
5
6  Dated:  September 25, 2007          _____
7                                      HONORABLE RONALD S.W. LEW
                                        Senior, U.S. District Court Judge