UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X DOE,<br><br>Plaintiff,<br><br>    v.<br><br>LASSEN COMMUNITY COLLEGE DISTRICT, CHRIS ALBERICO, MARY ELIZABETH ALBERICO BERRY MURPHY and HOMER<br><br>Defendants. | No. CV 07-1521 LEW<br><br>ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS AS MOOT<br><br>ORDER SETTING BRIEFING SCHEDULE FOR RESPONSE TO FIRST AMENDED COMPLAINT |

Before this Court are Defendants' Motions to Dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b) as well as Defendant's Motion to Strike and Requests for Judicial Notice.  Having considered all the pleadings filed in this matter,

**IT IS HEREBY ORDERED:**

///

///

1    On July 13, 2007 Plaintiff filed a Complaint in the
2 above captioned matter.

4    On August 20, 2007 and August 29, 2007 both the
5 individual defendants and Lassen Community College
6 District ("Lassen") moved to Dismiss the Complaint
7 under Federal Rule of Civil Procedure 12(b),
8 respectively.  Lassen additionally Moved to Strike
9 certain portions of the Complaint.  Both Defendants
10 requested the Court take judicial notice of documents
11 pertaining to the Motions to Dismiss.

13    On September 24, 2007, Plaintiff filed an
14 Opposition to the Motions to Dismiss and filed a "FIRST
15 AMENDED COMPLAINT."

17    Based on Federal Rule of Civil Procedure 15, "a
18 party may amend the party's pleading once as a matter
19 of course at any time before a responsive pleading is
20 served. . ."  It is well settled that a Motion to
21 Dismiss is not a "responsive pleading." Allen v.
22 Veterans Admin., 749 F.2d 1386, 1388 (9th Cir. 1984);
23 Mayes v. Leipziger, 729 F.2d 605, 607 (9th Cir. 1984).

25    Therefore, Plaintiff's First Amended Complaint
26 becomes the operative complaint as of the date of this
27 Order and Defendants' Motions to Dismiss, Motion to

28                           2

Strike and Requests for Judicial Notice are **DENIED as Moot**.

Defendants shall have until October 18, 2007 to file a response to the First Amended Complaint. All other filing dates shall be in accordance with the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

*/s/ Ronald S.W. Lew*

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATED: October 2, 2007

2