BRUCE A. KILDAY, ESQ., SBN. 66415
Email: bkilday@akk-law.com
CORI R. SARNO, ESQ., SBN. 230559
Email: sdenardo@akk-law.com
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants, CHRIS ALBERICO and MARY ELIZABETH ALBERICO BERRY MURPHY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE DEERING, | Case No.: 07-CV-01521-JAM-DAD |
| Plaintiff, | **STIPULATION TO DISMISS AND ORDER** |
| vs. | |
| LASSEN COMMUNITY COLLEGE DISTRICT, CHRIS ALBERICO, MARY ELIZABETH ALBERICO BERRY MURPHY and HOMER CISSELL, | |
| Defendant. | |

Plaintiff, YVONNE DEERING, through her counsel, hereby stipulates to dismiss CHRIS ALBERICO and MARY ELIZABETH ALBERICO BERRY MURPHY from this action. Said dismissal is with prejudice. It is further stipulated that the Plaintiff and the Defendants being dismissed will bear their own costs, including any attorney's fees.

Dated: May 16, 2008                         HAGER & HEARNE

*/s/ Treva J. Hearne*
By:_____
TREVA J. HEARNE
Attorney for Plaintiff

-1-
STIPULATION TO DISMISS AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
|1| Dated:  May 16, 2008 | ANGELO, KILDAY & KILDUFF |

Dated:  May 16, 2008                                   ANGELO, KILDAY & KILDUFF

*/s/ Bruce A. Kilday*
By:_____
   BRUCE A. KILDAY
   CORI R. SARNO
   Attorneys for Defendants CHRIS
   ALBERICO and MARY ELIZABETH
   ALBERICO BERRY MURPHY


Dated:  May 16, 2008                                   JOHNSON, SCHACHTER & LEWIS

*/s/ Robert Johnson*
By:_____
   ROBERT JOHNSON
   Attorneys for Defendant LASSEN
   COMMUNITY COLLEGE DISTRICT


Dated:  May 16, 2008                                   MAIRE & BEASLEY

*/s/ Aaron Moore*
By:_____
   WAYNE MAIRE
   AARON MOORE
   Attorneys for Defendant HOMER
   CISSELL

## **ORDER**

IT IS SO ORDERED.

Dated:  5/16/2008

                                          /s/ John A. Mendez
                                       HON. JOHN A. MENDEZ
                                       Judge of the U.S. District Court

PDF created with pdfFactory trial version www.pdffactory.com