1  Wayne H. Maire, State Bar No.: 88850
   Aaron W. Moore, State Bar No. 248566
2  MAIRE & BEASLEY
   2851 Park Marina Drive, Suite 300 (96001)
3  P. O. Drawer 994607
   Redding, CA  96099-4607
4  Phone:  530-246-6050 / Fax:  530-246-6060

5  Attorneys for Defendant,
   HOMER CISSELL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X DOE, | Case No.: 2:07-CV-01521-JAM-DAD |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE EXPERT DISCLOSURE AND ORDER THEREON** |
| LASSEN COMMUNITY COLLEGE DISTRICT, CHRIS ALBERICO, MARY ELIZABETH ALBERICO BERRY MURPHY and HOMER CISSELL, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the expert disclosure deadline of October 14, 2009 be moved to December 14, 2009.

Good cause exists for this continuance because Plaintiff, Yvonne Deering, recently disclosed in her responses to discovery that she has been treated in counseling. Defense counsel has yet to receive an authorization to obtain Plaintiff's counseling records, and therefore has not been able to retain an expert witness. Defense counsel does intend on retaining an expert, and cannot do so until Plaintiff's counseling records are received. Rule 26(a)(2)(B) requires that any expert disclosure be accompanied by a written report prepared by the expert witness indicating the expert witness' expert testimony. In order for compliance with Rule 26(a)(2)(B), defense counsel will need approximately 60 days to obtain the requisite

PDF created with pdfFactory trial version www.pdffactory.com

records, retain an expert witness, and have the expert review the records and prepare an opinion.

Dated:_____

                  MAIRE & BEASLEY

                  _____
                  WAYNE H. MAIRE
                  AARON W. MOORE
                  Attorneys for Defendant,
                  HOMER CISSELL

Dated: _____

                  JOHNSON SCHACHTER & LEWIS

                  _____
                  ROBERT H. JOHNSON
                  JENNIFER L. HIPPO
                  Attorneys for Defendant,
                  LASSEN COMMUNITY COLLEGE
                  DISTRICT

Dated: _____         HEARNE & HAGER

                  _____
                  TREVA HEARNE
                  Attorneys for Plaintiff,
                  YVONNE DEERING

## O R D ER

**IT IS SO ORDERED.**

Dated:  October 26, 2009        /s/ John A. Mendez_____
                  HON. JOHN A. MENDEZ
                  UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com