1  ROBERT H. JOHNSON (SBN 048067)
2  JENNIFER L. HIPPO (SBN 222219)
   JOHNSON SCHACHTER & LEWIS
3  A Professional Law Corporation
   California Plaza
4  2180 Harvard Street, Suite 560
   Sacramento, CA 95815
5  Telephone: (916) 921-5800
   Facsimile: (916) 921-0247
6
7  Attorneys for Defendant LASSEN COMMUNITY COLLEGE
   DISTRICT
8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 YVONNE DEERING,                   )  CASE NO. 207:CV-01521-JAM-DAD
                                     )
13      Plaintiffs,                  )  STIPULATION TO MODIFY
                                     )  PRETRIAL SCHEDULING ORDER
14 v.                                )  AND ORDER THEREON
                                     )
15 LASSEN COMMUNITY COLLEGE          )
   DISTRICT, CHRIS ALBERICO, MARY    )
16 ELIZABETH ALBERICO, BERRY         )
   MURPHY and HOMER CISSELL,         )  _____
17                                   )  [Fee Exempt Pursuant to Government Code
        Defendants.                  )  §6103
18 _____   )

19

20      **IT IS HEREBY STIPULATED** by and between the parties, through their respective

21 counsel, that the trial of this matter be continued from November 8, 2010, to April 18, 2011.

22      Good cause exists for this continuance because the parties have agreed to attend

23 mediation of this matter on August 12 and 13, 2010.  If a settlement is reached in this matter on

24 those dates, the settlement cannot be approved and finalized until January 11, 2011 during the

25 next meeting of the Statewide Association of Community Colleges ("SWACC") Executive

26 Committee.  SWACC is the Joint Powers Authority of which the Lassen Community College

27 District is a member and it has the ultimate authority to settle any case in which Defendant

28 District is a party to.  As such, if the trial is not continued the parties will be forced to prepare

Left margin (vertical text): JOHNSON SCHACHTER & LEWIS — A PROFESSIONAL LAW CORPORATION — 2180 HARVARD STREET, SUITE 560 — SACRAMENTO, CA 95815 — TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1

**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

1  for trial and possibly attend trial on a matter that will most likely be settled.

2  Based on the foregoing, the parties request that the jury trial be continued to April 18,

3  2011 at 9:00 a.m. or as soon thereafter as may be permitted by the Court's calendar.  The parties

4  further request that the pretrial scheduling order be revised in accordance with the new jury trial

5  date.  These revisions to the scheduling order will permit sufficient time for the parties to

6  negotiate and approve any settlement of this matter.

7  The parties request that the following schedule become the new scheduling order:  Joint

8  Pretrial Statement due February 25, 2011; Final Pretrial Conference scheduled for March 4,

9  2011 at 3:00 p.m.; and Jury trial date April 18, 2011, at 9:00 a.m.

10

11  Dated:  July 15, 2010                    JOHNSON SCHACHTER & LEWIS
                                            A Professional Law Corporation
12

13

14                                          /s/ Jennifer L. Hippo
                                            ROBERT H. JOHNSON
15                                          JENNIFER L. HIPPO, Attorneys for Defendant
                                            LASSEN COMMUNITY COLLEGE DISTRICT
16

17  Dated: July 15, 2010                     MAIRE & BURGESS

18

19                                          /s/ Aaron W. Moore
                                            WAYNE H. MAIRE
20                                          AARON W. MOORE, Attorneys for Defendant
                                            HOMER CISSELL
21

22  Dated: July 16, 2010                     HAGER & HEARNE

23

24                                          /s/ Treva J. Hearne
                                            TREVA J. HEARNE, Attorneys for Plaintiff
25                                          YVONNE DEERING

26

27  ///

28  ///

2

**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

1

2

## <u>ORDER</u>

**IT IS SO ORDERED** and the pretrial scheduling order is modified as follows:

3     1.     Joint Pretrial Statement shall be due February 25, 2011;

4     2.     Final Pretrial Conference is set for March 4, 2011, at 3:00 p.m.; and

5

6     3.     Jury trial in this matter is set for April 18, 2011, at 9:00 a.m.

7

8     Dated:   July 19, 2010                              /s/ John A. Mendez
                                                          HON. JOHN A. MENDEZ
9                                                         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

## PROOF OF SERVICE

**CASE NAME:**    **Deering v. Lassen CCD, et al.**
**CASE NO.:**      **2:07-CV-01521-JAM-DAD**

I am employed in the County of Sacramento.  I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area.  Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On the date set forth below, I served the following: **STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**

__  United States Mail - on all parties in said action by placing a true copy of the above described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

__  By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

X   Electronic Service - by causing such document to be served electronically to the addresses listed below.

__  Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

__  Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

| | |
|---|---|
| TREVA J. HEARNE<br>HAGER & HEARNE<br>245 E. Liberty St., Ste. 110<br>Reno, NV 89501<br>Telephone: (775) 329-5800<br>Facsimile: (775) 329-5819 | AARON WAYNE MOORE, ESQ.<br>MAIRE & BURGESS<br>2851 Park marina Dr., Suite 300<br>Redding, CA 96073<br>Telephone: (530) 246-6050<br>Facsimile: (530) 246-6060 |

X   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 16, 2010, at Sacramento, California.

        /s/ Susan M. Aldridge
        Susan M. Aldridge

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

4

PDF created with pdfFactory trial version www.pdffactory.com