1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

X. DOE

11                                    Case No. 2:07-CV-01521-JAM-DAD
          Plaintiff,

12                                    ORDER GRANTING DEFENDANT'S
v.                                    MOTION FOR SUMMARY JUDGMENT

13

LASSEN COMMUNITY COLLEGE

14

DISTRIC, CHRIS ALBERICO, MARY

15

ELIZABETH ALBERICO BERRY MURPHY,

16

AND HOMER CISSELL,

17

          Defendants.

18  ─────────────────────────────────

19       This matter comes before the Court on Defendant Homer

20  Cissell's ("Defendant's") Motion for Summary Judgment (Doc. 93).[1]

21       After a careful review of the record and the pleadings

22  submitted herein, in addition to Plaintiff's failure to file an

23

24  ──────────────────────

[1] This motion was determined to be suitable for decision without

25  oral argument. E.D. Cal. L.R. 230(g)

Opposition to Defendant's Motion for Summary Judgment, the Court

hereby finds there are no genuine issues of material fact for

trial.  Accordingly, Defendants' motion for summary judgment is

GRANTED.

Furthermore, Local Rule 230(c) requires a party responding

to a motion to file either an opposition to the motion or a

statement of non-opposition, no less than fourteen (14) days

preceding the noticed hearing date. Local Rule 110 authorizes the

Court to impose sanctions for "failure of counsel or of a party

to comply with these Rules." Therefore, the Court will sanction

Plaintiff's counsel, Treva Jean Hearne, $150.00, unless she shows

good cause for her failure to comply with the Local Rules.

ORDER

For the reasons set forth above, Defendant Homer Cissell's

Motion for Summary Judgment is GRANTED.

It is further ordered, within ten (10) days of the date of

this Order, attorney Treva Jean Hearne must either (1) submit a

statement of good cause for her failure to comply with the local

rules, or (2) pay a sanction in the amount of $150.00 to the

Clerk of the Court.

IT IS SO ORDERED.

DATED:  September 23, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE