Wayne H. Maire, State Bar No.: 88850
Summer D. Ryan, State Bar No. 249675
Aaron W. Moore, State Bar No. 248566
MAIRE & BURGESS
2851 Park Marina Drive, Suite 300 (96001)
P. O. Drawer 994607
Redding, CA  96099-4607
Phone:  530-246-6050 / Fax:  530-246-6060

Attorneys for Defendant,
HOMER CISSELL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X DOE,<br><br>          Plaintiff,<br><br>vs.<br><br>LASSEN COMMUNITY COLLEGE DISTRICT, CHRIS ALBERICO, MARY ELIZABETH ALBERICO BERRY MURPHY and HOMER CISSELL,<br><br>          Defendants. | Case No.: 2:07-CV-01521-JAM-DAD<br><br>**JUDGMENT ON DEFENDANT HOMER CISSELL'S MOTION FOR SUMMARY JUDGMENT** |

Defendant, HOMER CISSELL, having filed his motion for summary judgment, having no opposition filed by Plaintiff, YVONNE DEERING, and the Court having granting the motion for summary judgment on September 23, 2010,

IT IS ORDERED AND ADJUDGED that Defendant, HOMER CISSELL, have judgment entered in its favor, and as against Plaintiff, YVONNE DEERING.

Dated: October 8, 2010

          /s/ John A. Mendez
          JOHN A. MENDEZ
          UNITED STATES DISTRICT COURT

---

**"PROPOSED" JUDGMENT ON DEFENDANT HOMER CISSELL'S MOTION FOR SUMMARY JUDGMENT**

PDF created with pdfFactory trial version www.pdffactory.com