ROBERT H. JOHNSON (SBN 048067)
JENNIFER L. HIPPO (SBN 222219)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for Defendant LASSEN COMMUNITY COLLEGE DISTRICT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE DEERING,<br><br>    Plaintiffs,<br>v.<br><br>LASSEN COMMUNITY COLLEGE DISTRICT, CHRIS ALBERICO, MARY ELIZABETH ALBERICO, BERRY MURPHY and HOMER CISSELL,<br><br>    Defendants. | **CASE NO. 207:CV-01521-JAM-DAD**<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER THEREON**<br><br>[Fee Exempt Pursuant to Government Code §6103] |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the trial of this matter be continued from April 18, 2011 to August 22, 2011.

Good cause exists for this continuance because:

1.  On July 21, 2010, Defendant Lassen Community College District filed a Motion for Summary Judgment or, in the alternative, Partial Summary Judgment seeking an Order dismissing Plaintiff's six claims for relief including hostile environment harassment based on gender in violation of the California Fair Employment and Housing Act ("the FEHA"), hostile environment harassment based on gender in violation of Title VII, retaliation in violation of the FEHA, discrimination based on gender in violation of the FEHA, discrimination based on gender in violation of Title VII, and intentional infliction of emotional distress.

2.     The initial hearing was set for August 18, 2010 and was later continued to September 15, 2010 to coincide with the Motion for Summary Judgment filed by Defendant Dr. Homer Cissell, who was dismissed due to Plaintiff's failure to oppose the motion.

3.     On or about September 15, 2010, the Court issued a Minute Order taking the hearing of the Motions for Summary Judgment off calendar and ordered them submitted without appearance or oral argument.

4.     The Court has not issued a ruling on the Motion for Summary Judgment.

5.     Presently, the trial of this matter is set to commence on **April 18, 2011**, the Pretrial Conference is set for **March 3, 2011**, and Plaintiff and Defendant are required to submit their Pretrial Statements on **February 18, 2011** and **February 25, 2011**, respectively.

6.     The ruling on the Motion for Summary Judgment may limit the number of claims for relief, factual issues, evidentiary issues, and legal arguments that will necessarily need to be included in the Pretrial Statements; which are lengthy.  Further, if the Court grants the Motion for Summary Judgment in its entirety, there will be no need for the parties to incur substantial costs and fees preparing the Pretrial Statements and preparing for a lengthy and contentious trial. Accordingly, the Pretrial Scheduling Order cannot reasonably be met without a final ruling on the Motion for Summary Judgment.

Based on the foregoing, the parties request that the jury trial be continued to August 22, 2011 at 9:00 a.m. or as soon thereafter as may be permitted by the Court's calendar.  The parties further request that the pretrial scheduling order be revised in accordance with the new jury trial date.  These revisions to the scheduling order will permit sufficient time for the parties to negotiate and approve any settlement of this matter.

///
///
///
///
///
///

STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER THEREON        Case No.: 2-07-cv-01521 JAM DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties request that the following schedule become the new scheduling order:  Joint
2  Pretrial Statement due July 6, 2011; Final Pretrial Conference scheduled for July 13, 2011 at
3  3:00 p.m.; and Jury trial date August 22, 2011, at 9:00 a.m.

Dated:  January 11, 2011            JOHNSON SCHACHTER & LEWIS
                                    A Professional Law Corporation


                                    ___/s/ Jennifer L. Hippo_____
                                    ROBERT H. JOHNSON
                                    JENNIFER L. HIPPO, Attorneys for Defendant
                                    LASSEN COMMUNITY COLLEGE DISTRICT


Dated:  January 11, 2011            HAGER & HEARNE



                                    ___/s/ Treva J. Hearne_____
                                    TREVA J. HEARNE, Attorney for Plaintiff
                                    YVONNE DEERING

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

**IT IS SO ORDERED** and the pretrial scheduling order is modified as follows:

1. Joint Pretrial Statement shall be due July 6, 2011;

2. Final Pretrial Conference is set for July 13, 2011, at 3:00 p.m.; and

3. Jury trial in this matter is set for August 22, 2011, at 9:00 a.m.


Dated:  1/11/2011                                 /s/ John A. Mendez
                                                  HON. JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

**CASE NAME:** Deering v. Lassen CCD, et al.
**CASE NO.:** 2:07-CV-01521-JAM-DAD

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On the date set forth below, I served the following: **STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**

__ United States Mail - on all parties in said action by placing a true copy of the above described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

__ By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

X  Electronic Service - by causing such document to be served electronically to the addresses listed below.

__ Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

__ Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

TREVA J. HEARNE
HAGER & HEARNE
245 E. Liberty St., Ste. 110
Reno, NV 89501
Telephone: (775) 329-5800
Facsimile: (775) 329-5819

X  FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 11, 2011, at Sacramento, California.

/s/ Susan M. Aldridge
SUSAN M. ALDRIDGE

PDF created with pdfFactory trial version www.pdffactory.com

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247